U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

2024 JAN 10 AM 9: 29

CLERK

BY _____
DEPUTY CLERK

TAMMY MANNING,

        Plaintiff,

v.

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

        Defendant.

C.A. No. 2:23-cv-411

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the

Complaint may be dismissed with prejudice and this action terminated.  No fees or costs

awarded.

December 20, 2023

/s/ Craig Jarvis
Craig Jarvis, Esq.
Jarvis & Modun, LLP
P.O. Box 4590
Burlington, VT 05406
jarvis@jarvis-modun.com

*Attorneys for Plaintiff*
*Tammy Manning*

/s/ Evan J. O'Brien
Evan J. O'Brien, Esq.
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375
eobrien@drm.com

Brooks R. Magratten, Esq.
Pierce Atwood, LLP
One Citizens Plaza, 10th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com

*Attorneys for Defendant United of Omaha Life*
*Insurance Company*

In Re:  Tammy Manning v. United of Omaha Life Insurance Company          Case No. 2:23-CV-411

**SO ORDERED.**

Date:  January 10, 2024

Geoffrey W. Crawford
United States District Judge